NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG INSTRUMENT, INC.,**
*Plaintiff-Appellant,*

**v.**

**THE COLEMAN COMPANY, INC.,**
*Defendant-Appellee,*

**and**

**DOES 1-10,**
*Defendants.*

---

2010-1279

---

Appeal from the United States District Court for the Central District of California in No. 09-CV-1842, Judge Manuel L. Real.

---

**JUDGMENT**

---

ROBERT C. WEISS, Law Offices of Robert C. Weiss, of Manhattan Beach, California, argued for plaintiff-appellant. With him on the brief were, THEODORE S.

MACEIKO, Jones Day, of Los Angeles, California and JERROLD B. REILLY, Mag Instrument, Inc., of Ontario, California.

JONATHAN ROTTER, Kaye Scholer, LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief were RICHARD G. GRECO, ATON ARBISSER and DANIEL P. DINAPOLI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2011          /s/ Jan Horbaly
        Date                        Jan Horbaly
                                        Clerk